

966 P.2d 1096

# SUPREME COURT OF HAWAI'I

## January 7, 1998

| 19865 | Honbo v. Hawaiian Ins. & Guar. Co., Ltd. | Denied |

## April 27, 1998

| 19815 | State v. Robinson | Vacated |

## May 19, 1998

| 21044 | State v. Evans | Affirmed |

## May 29, 1998

| 20141 | State v. Kuahiwinui | Dismissed |

## June 2, 1998

| 20580 | State v. Inouye | Affirmed |

## June 3, 1998

| 20551 | Azabu Bldgs. Co., Ltd. v. Fordham University | Affirmed in part, Vacated in part |
| 20669 | McDonald's of Pukalani v. Adams | Affirmed |
| 20019 | Miguel v. American Intern. Adjustment Co. | Dismissed |

## June 4, 1998

| 20819 | Cornelio v. State | Affirmed |
| 20963 | Gold v. State, Dept. of Labor and Industrial Relations | Affirmed |
| 20166 | State v. Keys | Affirmed |

## June 9, 1998

| 20694 | Toyama v. Toyama | Affirmed |

## June 22, 1998

| 20393 | Christenson v. Mexico Caliente, Inc.; Mexico Caliente & Cantina, Inc. v. Palmer | Affirmed |
| 20615 | Poe v. Hawai'i Labor Relations Bd. | Affirmed |

## June 29, 1998